Case 2:22-cv-03181-DSF-PD   Document 1   Filed 05/09/22   Page 1 of 9   Page ID #:1

NO CV-71
NO CV-30
S/N/I

FILED
CLERK, U.S. DISTRICT COURT
MAY - 9 2022
CENTRAL DISTRICT OF CALIFORNIA
BY: RS DEPUTY

Elizabeth Thomas
11747 Carson Street
Lakewood, CA 90715
lakewoodcarsonstreet@gmail.com
562-541-3665

# UNITED STATES DISTRICT COURT

# WESTERN DIVISION

| | |
|---|---|
| ELIZABETH THOMAS,<br><br>Plaintiff,<br><br>vs.<br><br>BV Lakewood Carson SE LLC, American States Water Company; Bear Valley Electric Service, Inc, Southern California Edison, Kaiser Permanente Bernard J. Tyson School of Medicine, Inc., Edco Group Inc. and ALL PERSONS UNKNOWN, CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN, OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFF'S TITLE, OR ANY CLOUD UPON PLAINTIFF'S TITLE THERETO; and DOES 1 through 10, inclusive,<br><br>Defendant | Case No:. **2:22-CV-03181-DSF-PDx**<br><br>**VERIFIED COMPLAINT FOR QUIET TITLE** |

Plaintiff Elizabeth Thomas brings forth the following causes of action and alleges the following:

Dated March 14, 2022.

PLEADING TITLE - 1

Self Represented

Elizabeth Thomas, an individual ("Plaintiff"), alleges herein as follows:

## INTRODUCTION

1. This action seeks: to quiet title to the subject property.

## THE REAL PROPERTY

2. The subject of this action is certain real property comprising a Real Property within the County of Los Angeles, State of California, commonly known as 11747 Carson street, Lakewood, CA, 90715, Assessor's Parcel Number P M 258-33-34 consisting of the real property in the City of Lakewood, County of Los Angeles, State of California, legally described as follows:

[Legal Description of Property] P M 258-33-34 LOT 1-2

## PARTIES

3. Plaintiff Elizabeth Thomas ("Plaintiff") is an individual who has been the owner of record to the Property at all times since 2016, February 14th. Plaintiff requests quiet title herein.

4. Defendant "All Persons Unknown, Claiming Any Legal Or Equitable Right, Title, Estate, Lien, Or Interest In The Property.

5. The Defendants, American States Water Company; Bear Valley Electric Service, Inc, Southern California Edison, Kaiser Permanente Bernard J. Tyson School of Medicine, Inc., Edco Group Inc., Carburator Land, Lakewood Inn, San Pedros Restaurant, 76 Gas Station, BV lakewood carson se llc and Exxon gas station, named herein as "All Persons Unknown, Claiming Any Legal Or Equitable Right, Title, Estate, Lien, Or Interest In The Property Described In The Complaint Adverse To Plaintiff's Title, Or Any Cloud Upon Plaintiff's Title Thereto" (the "Unknown Defendants") (collectively with Defendant, the "Defendants") are unknown to Plaintiff. Plaintiff is informed and believes, and on that basis alleges, that the Unknown Defendants, and each of them, claim some right, title, estate, lien, or interest in the real property and real property interests that are adverse to Plaintiff's property interests at issue in this action.

6. Plaintiff does not know the true names and capacities of the defendants sued as Does 1 through 10, inclusive, and therefore sues these defendants by such fictitious names. Upon information and belief, Defendant may have granted interests in the Property and/or soon will grant such ownership interests. Plaintiff does not currently know the true names and capacities of those who may claim an ownership interest in the Property, but Plaintiff will amend his complaint to add the true names and capacities of these defendants when they are ascertained.

**JURISDICTION**

7. This Court has jurisdiction over this matter because the amount in question exceeds the jurisdictional minimum for this Court.

**VENUE**

8. Venue is proper in this Court because the real property that is the subject of this action is located in the County of Los Angeles in the State of California.

**ALLEGATIONS COMMON TO ALL CLAIMS FOR RELIEF**

9. This case involves the real property located at 11747 Carson Street, Lakewood, CA 90715 (the "Property").

10. The Property is designated in the Los Angeles County Recorder's Office as AIN 7065024022 and legally described as follows: P M 258-33-34 LOT 1 Lot 2

11. The plaintiff has been in possession of the real property for more than 5 years. Plaintiffs possession has been open and notorious, Exclusive, Hostile, Statutory period has been met, and plaintiffs possession has been continuous and interrupted.

12. Plaintiff moved into a property that was neglected and based on adverse possession is claiming

13. Plaintiff has all utilities on and accounts in good standing

14. Plaintiff has paid some property taxes

15. Plaintiff maintains the garden, all the maintenance and repairs on the real property. Plaintiff does the mowing of the lawn, washing windows, cleaning gutters, and checking drains and sprinklers to make sure that they are clean and clear.

PLEADING TITLE - 5

16. Plaintiff filed a case last year for dangerous conditions and property damage. Defendant in the case returned mail so plaintiff did not attend.

17. Plaintiff has a significant amount of receipts and logs for proof of efforts made

18. Since 2016, Plaintiffs have paid all payments, sum taxes, insurance, utilities, maintenance, and repair costs for the Property.

19. Plaintiff has not occupied the land secretively and has made a huge amount of effort and modifications to the property.

20. Plaintiff is seeking quiet title based on her possession and property tax payments made. She is the owner in possession **EXCLUSIVELY** by occupying a parcel of land in a manner that is open and obvious.

21. The plaintiff occupies the property exclusively and does not share possession with anyone.

**VALUE OF THE PROPERTY**

PLEADING TITLE - 6

22. Upon information and belief, Plaintiff alleges that there are no known encumbrances of record to the Property.

223. Upon information and belief, Plaintiff alleges that the value of the Property is estimated to be $2,400,000 as of the date of this Complaint which is in excess of the encumbrances of record and costs of sale in relation to the Property.

**FIRST CAUSE OF ACTION**

(Quiet Title Against All Defendants)

24. Plaintiff hereby incorporates by reference the allegations contained in each paragraph above as though fully set forth in full herein.

25. By virtue of the foregoing facts, Plaintiff is entitled to a judicial declaration that Plaintiff is the 100% owner of the Subject Property.

26. Accordingly, Plaintiff seeks to quiet title to the Property in Plaintiff's name alone beginning the date she filed her case last year in Bellflower Courthouse.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment as follows against all Defendants:

1. For an order quieting title to the subject property.

2. For a judicial declaration that Plaintiff is the full legal and beneficial owner of the Property.

3. For attorney's fees, if allowed by law;

4. For costs of suit; and

5. For such other and further relief as the court may deem just and proper.

DATED: March 14, 2022 ELIZABETH THOMAS, Plaintiff

Plaintiff

**VERIFICATION**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I have read the foregoing VERIFIED COMPLAINT FOR QUIET TITLE and know its contents.

The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief and, as to those matters, I believe them to be true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 14, 2022 at Lakewood, California.

_____

Elizabeth Thomas

PLEADING TITLE - 9